IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA de Maryland, Inc., et al.,<br><br>                    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>                    Defendants. | Civil Action No. 8:19-cv-2715 |

**L.R. 103.3(a) CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 103.3(a), and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff CASA de Maryland, Inc. (a non-profit 501(c)(3) corporation) certifies that said party has no corporate parent or affiliate and no publicly held affiliates or subsidiaries.

September 16, 2019

Respectfully submitted,

/s/ *Jonathan L. Backer*
Jonathan L. Backer (D. Md. 20000)
INSTITUTE FOR CONSTITUTIONAL ADVOCACY
  AND PROTECTION
Georgetown University Law Center
600 New Jersey Ave., N.W.
Washington, D.C. 20001
(202) 662-9835
jb2845@georgetown.edu