**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| CASA de Maryland, Inc., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Civil Action No. 8:19-cv-2715-PWG |

**NOTICE OF APPEARANCE**

Please enter the appearance of Lisa Zycherman of the law firm of Davis Wright Tremaine LLP as counsel for Amicus Health Law Advocates and other organizations interested in public health in the above-captioned case.

DATED this 26th day of September, 2019.

                                                                Respectfully submitted,

                                                                /s/ *Lisa B. Zycherman*
                                                                Lisa B. Zycherman (D. Md. Bar No. 16969)
                                                                DAVIS WRIGHT TREMAINE LLP
                                                                1919 Pennsylvania Ave., NW, Ste. 800
                                                                Washington, DC  20006
                                                                Ph: 202-973-4200; Fax: 202-973-4499
                                                               lisazycherman@dwt.com

*Attorney for HLA, HCFA, MLRI, NoHLA, the Charlotte Center for Legal Advocacy, LCHC, CPEHN, KCCEB, the California Immigrant Policy Center, the Kentucky Equal Justice Center, the Michigan Immigrant Rights Center, the Florida Health Justice Project, the Maine Immigrant Rights Coalition, NYIC, Community Healthcare Network, ACCESS, TAG, the Welcome Project, Families USA, UMass Memorial and Community Catalyst*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 26, 2019.

/s/ *Lisa B. Zycherman*
Lisa B. Zycherman