# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**CHAMBERS OF**
**PAUL W. GRIMM**
**UNITED STATES DISTRICT JUDGE**

**6500 CHERRYWOOD LANE**
**GREENBELT, MARYLAND 20770**
**(301) 344-0670**
**(301) 344-3910 FAX**

December 9, 2019

RE:  *Casa De Maryland, Inc et al v. Trump*
     PWG 19-cv-2715

RE: *Mayor and City Council of Baltimore et al v. United States Department of Homeland Security et al*
     PWG 19-2851

## **LETTER ORDER**

Dear Parties:

Please be advised the Court has scheduled a telephone conference call on **December 18, 2019 at 3:30PM.** Parties are directed to dial in on the designated date and time. The dial in information is as follows:

**Dial-In Number: (877) 848-7030**
**Access Code: 9549728**
**Participant Password: 121819**

Although informal, this is an Order of the Court and shall be docketed as such.

Sincerely,

/S/

Paul W. Grimm
United States District Judge

ast