IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA DE MARYLAND, INC., et al.,<br><br>                    *Plaintiffs*,<br><br>   v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, et al.,<br><br>                    *Defendants*. | No. 8:19-cv-2715-PX |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to dismissal of this action. Each party shall bear its own fees and costs.

Dated: January 26, 2023

Respectfully submitted,

/s/Joseph W. Mead
Mary B. McCord (D. Md. 21998)
Joseph W. Mead (D. Md. 22335)
Amy L. Marshak*

INSTITUTE FOR CONSTITUTIONAL ADVOCACY
   AND PROTECTION
Georgetown University Law Center
600 New Jersey Ave., N.W.
Washington, D.C. 20001
(202) 661-6607
jm3468@georgetown.edu
mbm7@georgetown.edu

*Attorneys for Plaintiffs*

*\*Admitted pro hac vice*

                */s/James L. Shea (by consent)*
James L. Shea #00142
Baltimore City Solicitor
Jane Lewis #20981
Assistant Solicitor
Baltimore City Department of Law
City Hall, Room 109
100 N. Holliday Street
Baltimore, MD 21202
(410) 396-0165
james.shea@baltimorecity.gov
jane.lewis@baltimorecity.gov

*Attorneys for Mayor and City Council of Baltimore*

BRIAN D. NETTER
Deputy Assistant Attorney General

BRIGHAM BOWEN
Assistant Branch Director

*/s/Joshua M. Kolsky (by consent)*
JOSHUA M. KOLSKY (D.C. Bar. No. 993430)
KUNTAL V. CHOLERA
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
Washington, D.C. 20530
Tel: (202) 305-7664 / Fax: (202) 616-8460
Email: joshua.kolsky@usdoj.gov

*Attorneys for Defendants*